# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MARY LYNETTE VARNADO, ET AL

VERSUS

AGNES MAE VARNADO

NO.  2025 CW 0287

**JUNE 11, 2025**

---

In Re:    Agnes Mae Varnado, applying for supervisory writs, 21st
          Judicial District Court, Parish of Tangipahoa, No.
          20220001966.

---

**BEFORE:    PENZATO, GREENE, AND FIELDS, JJ.**

**WRIT DENIED.**

                         **AHP**
                         **HG**
                         **WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT